IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HERNANDO TRAYLOR**                                                                                    **PLAINTIFF**
**ADC #100584**

V.                              CASE NO.  4:25-cv-00827-JM

**INTERNAL REVENUE SERVICE,**
**William Long, Commissioner and**
**US DEPARTMENT OF THE TREASURY,**
**Steven Mnuchin**                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 28th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE